UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Bryan A Warman

Write the full name of each plaintiff.

-against-

Google LLC

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

26 CV 1200

_____CV_____
(Include case number if one has been assigned)

**COMPLAINT**

Do you want a jury trial?
☑ Yes   ☐ No

*RECEIVED SDNY PRO SE OFFICE 2026 FEB 12 PM 1:18*

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ **Federal Question**

☐ **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

28 U.S.C. § 1331 Digital fraud misrepresentation
Coercive Digital Influence
Negligent Influen of emotional Distress

### B. If you checked Diversity of Citizenship

1. **Citizenship of the parties**

Of what State is each party a citizen?

The plaintiff, __Bryan S Warman__, is a citizen of the State of
(Plaintiff's name)

__New York__
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _Google LLC_ , is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _Google LLC_ , is incorporated under the laws of the State of _New York_

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_Bryan_        _A_        _Warman_
First Name     Middle Initial    Last Name

_480 E 185th St_
Street Address

_Kings Bronx_          _NY_        _10488_
County, City            State        Zip Code

_332-273-5414_          _Solidfoundationace@outlook.com_
Telephone Number        Email Address (if available)

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: Google LLC
First Name / Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)
New York, New York   NY   10001
County, City   State   Zip Code

Defendant 2:
First Name   Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City   State   Zip Code

Defendant 3:
First Name   Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City   State   Zip Code

Defendant 4: _____

　　　　　First Name　　　　　　　　Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

　　County, City　　　　　　　State　　　　　　Zip Code

### III. STATEMENT OF CLAIM

Place(s) of occurrence: _New York, NY_

Date(s) of occurrence: _Jan 9th 2026_

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

1. Count 1 Digital Fraud and mispepresetation Defendants dissemated false information order the Appearance of factual authority that plaintiff suffered harm as a drirct result. Plaintiff seeks ~~oranic~~ pw Plaintiff Seeks complensatryint anpun ~~count 11~~ Defendants system used authoritative framing and frabricated narratives that influencel Plaintiffs' behavior and decision-making. Plaintiff seeks statutory damages and injenctive Relief.

2. Coercive Digital Influenc 47 USC 223

3. Negligent Infliction of Emotional Distress Defendant failed to prevent foreseeable harm caused by repeated dissemination of fabricated information. Plaintiff seeks damages and

declaratory judgement.

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

Reputational Harm 250,000
Emotional Distress 150,000
Time Lost / Corrective Labor 50,000
Punitive Damages 1,000,000   Statutory Damages $150
Total Damages sought $1,675,000

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: Jan 31th 2026

Plaintiff's Signature: Cynthia

First Name: Bryan
Middle Initial: A
Last Name: Warman

Street Address: c/180 E 185th st

County, City: Kings Bronx
State: NY
Zip Code: 10558

Telephone Number: 332-273-5414
Email Address: Solidfoundation2C@outlook.com

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.