UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRYAN A. WARMAN,,

                              Plaintiff,

            -against-

GOOGLE LLC.,

                              Defendants.

26 CIVIL 01200 (LLS)

**CIVIL JUDGMENT**

       For the reasons stated in the May 13, 2026, order, the Court dismisses this action as frivolous. See 28 U.S.C. § 1915(e)(2)(B)(i).

       SO ORDERED.

Dated:   May 15, 2026
          New York, New York

                       /s/ Louis L. Stanton
                       LOUIS L. STANTON
                 United States District Judge